# WILMORE v. FLACK. 641

In the Matter of Susan P. Lilienthal. — Order reversed, rehearing directed, with ten dollars costs and disbursements to abide the event. Opinion by Daniels, J.

Henrietta Helmrich, *Respondent*, v. William T. A. Hart, *Appellant*. — Judgment affirmed. Opinion by Davis, P. J.

In the Matter of Gershom A. Seixas. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

William R. Kirkland, *Appellant and Respondent*, v. Samuel K. Kille, *Appellant and Respondent, Impleaded, etc.* — Judgment affirmed. Opinion by Daniels, J.

In the Matter of James A. Deering. — Order modified as directed in opinion, and affirmed as modified, without costs to either party. Opinion by Daniels, J.

First National Bank of New York, *Respondent*, v. Continental National Bank of New York, *Appellant*. — Judgment affirmed. Opinion by Daniels, J.

In the Matter of Ferdinand S. Hahn. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Charles R. Purdy and others, *Respondents*, v. Orlando L. Stewart, *Appellant*. — Motion to modify order granted by providing that costs be set off against recovery (if any).

Jonathan Woodruff v. Charles G. Schneider. — Motion denied.

The People of the State of New York ex rel. J. W. Sickels v. Court of General Sessions. — Order affirmed. Mem. by Davis, P. J.

Ann Doyle, *Executrix, Plaintiff*, v. Peter Mulvihill, *Defendant*. — Judgment ordered for defendant. Opinion by Daniels, J.

Harry L. Horton, *Appellant*, v. The Pacific National Bank of Boston, *Respondent*. — Order affirmed, without costs. Opinion by Brady, J.

Charles Stanford, *Respondent and Appellant*, v. Williston B. Lockwood and others, *Appellants and Respondents*. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Brady, J.

Daniel E. Sickles, *Respondent*, v. The Manhattan Gas-Light Company, *Appellant*. — Order affirmed. Opinion by Dwight, J.

George S. Scott and another, *Respondents*, v. Jane R. Stockwell, *Administratrix, etc.*, and others, *Appellants*. — Judgment affirmed, with costs. Opinion by Davis, P. J.

| 28h | 641 |
| Case 15 | |
| 81 AD | 96 |

Samuel B. Lyon, *as Administrator, etc., Respondent*, v. John Baxter, *Appellant, Impleaded, etc.* — Order reversed, with ten dollars costs and disbursements. Opinion *Per Curiam*.

James Wilmore, *Appellant*, v. James A. Flack and others, *as Executors, etc., Respondents*. — Judgment and order affirmed. Opinion by Dwight, J.